MORGAN, LEWIS & BOCKIUS LLP
Barbara A. Fitzgerald (SBN 151038)
bfitzgerald@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller (SBN 154842)
ndiller@morganlewis.com
Roberta H. Vespremi (SBN 225067)
rvespremi@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant Nu Image, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN AND DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>NU IMAGE, INC.,<br><br>Defendant. | Case No. CV 13-3224-CAS (CWx)<br><br>**DEFENDANT NU IMAGE, INC.'S WITNESS LIST**<br><br>Pre-Trial Conference: Nov. 17, 2014<br>Trial Date: December 2, 2014<br><br>Judge: Hon. Christina A. Snyder |

1  Defendant Nu Image, Inc. submits the following Witness List to be used at
2  trial set to begin on December 2, 2014 at 9:30 a.m. before the Honorable Christina
3  A. Snyder, in Department 5 of the above-referenced court located at 312 N. Spring
4  Street, Los Angeles, California 90012.  Nu Image submits the below Witness List
5  without prejudice to its right to call plaintiffs' listed witnesses and impeachment
6  witnesses.

| Witness | Contact Information |
|---|---|
| Mark Damon | c/o Nicole A. Diller<br>Morgan, Lewis & Bockius LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105 |
| Pierre David | c/o Nicole A. Diller<br>Morgan, Lewis & Bockius LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105 |
| Paul Herzberg | c/o Nicole A. Diller<br>Morgan, Lewis & Bockius LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105 |
| Brad Krevoy | c/o Nicole A. Diller<br>Morgan, Lewis & Bockius LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105 |
| Avi Lerner | c/o Nicole A. Diller<br>Morgan, Lewis & Bockius LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105 |
| Steven Paul | c/o Nicole A. Diller<br>Morgan, Lewis & Bockius LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEF.'S WITNESS LIST
CASE NO. CV 13-3224-CAS (CWX)

| Witness | Contact Information |
|---|---|
| Trevor Short | c/o Nicole A. Diller<br>Morgan, Lewis & Bockius LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105 |
| John Thompson | c/o Nicole A. Diller<br>Morgan, Lewis & Bockius LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105 |
| Rob Aft (Expert Witness) | c/o Nicole A. Diller<br>Morgan, Lewis & Bockius LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105 |

Dated:  October 27, 2014               MORGAN, LEWIS & BOCKIUS LLP


By:     */s/ Barbara A. Fitzgerald*
              Barbara A. Fitzgerald


300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501

Attorneys for Defendant Nu Image, Inc.

DB2/ 25396551.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEF.'S WITNESS LIST
CASE NO. CV 13-3224-CAS (CWX)