```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                              FEB. 10, 2015

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY: _____PG_____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN AND DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NU IMAGE, INC., a California corporation,<br><br>　　　　Defendant. | **CASE NO. 13-CV-03224-CAS (CWx)**<br><br>**[PROPOSED] ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br>**Hon. Christine A. Snyder** |

# [PROPOSED] ORDER

Based on the parties' Stipulation of Dismissal of Action With Prejudice and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds good cause to enter the order requested by the parties.

IT IS HEREBY ORDERED THAT:

1. The action is dismissed with prejudice;

2. This Court shall retain jurisdiction to enforce and interpret the parties' settlement.

**IT IS SO ORDERED.**

Date: 2/10/15

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

DB2/ 25647364.1